UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LERNER & ROWE INJURY ATTORNEYS,<br><br>　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>JOSE NICASIO TORRES, et al.,<br><br>　　　　　　　　　　　Defendant(s). | Case No. 2:19-CV-1837 JCM (EJY)<br><br>ORDER |

　　　　Presently before the court is plaintiff Lerner & Rowe Injury Attorneys' ("plaintiff") proposed default judgment. (ECF No. 50).

　　　　On March 23, 2020, the court granted plaintiff's motion for default judgment but struck its proposed default judgment. (ECF Nos. 47; 50; 51). The court specifically **declined** to enter plaintiff's proposed judgment because it included a variety of provisions which mirrored injunctive relief, including the following:

> IT IS FURTHER ORDERED that this judgment precludes the defaulted Defendants from any recovery whatsoever regarding the charges incurred as a result of the subject incident which gave rise to the instant Complaint in Interpleader.

> IT IS FURTHER ORDERED that each of the defaulted Defendants be restrained, until further order of this Court, from instituting or further prosecuting any other proceeding against Jose Nicosio Torres in any court affecting the rights and obligations between the parties to this action.

> IT IS FURTHER ORDERED that all debts owed to the defaulted Defendants shall be discharged in full.

**James C. Mahan**
**U.S. District Judge**

> IT IS FURTHER ORDERED that all amounts owed to any defaulted Defendants shall be discharged as well and Jose Nicasio Torres shall not be obligated to pay them any monies for treatment related to the underlying claim

(ECF No. 51 (quoting ECF No. 50 at 2)).

The court instructed plaintiff to file a proposed judgment consistent with the court's order within 7 days. *Id.* Rather than comply with this court's order, plaintiff submitted the identical proposed default judgment 24 days later. (*Compare* ECF No. 50, *with* ECF No. 53).

Once again, the court strikes plaintiff's proposed order. (ECF No. 53). The court orders plaintiff to file a proposed judgment **consistent with this court's orders within seven (7) days of this order**. The court also admonishes plaintiff that failure to comply with this court's order a second time may result in sanctions.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's proposed judgment (ECF No. 53) be, and the same hereby is, STRICKEN.

IT IS FURTHER ORDERED that plaintiff shall submit, within seven (7) days of this order, a proposed judgment consistent with the foregoing.

DATED April 17, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -